B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re  **Antonia L Velasquez**
     **Dillon R Velasquez**
                                Debtor(s)

Case No.  **14-26776**
Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> **Aventa Credit Union** | **Describe Property Securing Debt:** <br> **1995 Ford Pickup Truck** |
|---|---|

Property will be (check one):
 ☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain  **Keep and Pay**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt  ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> **Capital One** | **Describe Property Securing Debt:** <br> **ATV** |
|---|---|

Property will be (check one):
 ☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain  **keep and pay**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt  ■ Not claimed as exempt

---

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**San Luis Valley Federal** | **Describe Property Securing Debt:**<br>**50490 County Rd. B, Center CO 81125** |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __Stay and Pay__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **February 2, 2015**    Signature **/s/ Antonia L Velasquez**
                  **Antonia L Velasquez**
                  Debtor

Date **February 2, 2015**    Signature **/s/ Dillon R Velasquez**
                  **Dillon R Velasquez**
                  Joint Debtor